```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**NANCY RIVERA,**

                **Plaintiff,**

    - against -

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

                              20-cv-1701 (JGK)

                              <u>ORDER</u>

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to file a motion for judgment on the pleadings is extended to **January 8, 2021**. If the plaintiff fails to do so, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 4, 2020**

                                                    /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                           **United States District Judge**